# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAUL R. ABRAMS

NO. 2023 KW 0551

**AUGUST 28, 2023**

---

In Re:    Paul R. Abrams, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 06-93-0612.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's "Motion for Production of **Boykin** Exam" is reversed. The motion is granted, and the district court is ordered to provide relator with one free copy of the **Boykin** transcript. See **State ex rel. Simmons v. State**, 93-0275 (La. 12/16/94), 647 So.2d 1094 (*per curiam*).

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT